

# What You Need to Know About Overdrafts and Overdraft Fees

An <u>overdraft</u> occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. We can cover your overdrafts in two different ways:

1. We have <u>standard overdraft practices</u> that come with your account.
2. We also offer <u>overdraft protection plans</u>, such as a link to an Astro Loan or a link to a savings account, which may be less expensive than our <u>standard overdraft practices</u>. To learn more, ask us about these plans.

This notice explains our <u>standard overdraft practices</u>.

**What are the <u>standard overdraft practices</u> that come with my account?**
We <u>do</u> authorize and pay overdrafts for the following types of transactions:
- Checks and other transactions made using your checking account number
- Automatic bill payments

We <u>do not</u> authorize and pay overdrafts for the following types of transactions unless you ask us to (see below):
- ATM transactions
- Everyday debit card transactions

We pay overdrafts at our discretion, which means we <u>do not guarantee</u> that we will always authorize and pay any type of transaction. If we do <u>not</u> authorize and pay an overdraft, your transaction will be declined.

**What fees will I be charged if Redstone Federal Credit Union® pays my overdraft?**

Under our standard overdraft practices:
- We will charge you a fee of up to **$25** each time we pay an overdraft.
- There is <u>no limit</u> on the total fees we can charge you for overdrawing your account.

**What if I want Redstone Federal Credit Union to authorize and pay overdrafts on my ATM and everyday debit card transactions?**

If you also want us to authorize and pay overdrafts on ATM and everyday debit card transactions, please login to the online banking service, select "Additional Services," and complete the *Overdraft Privilege Opt-In* form. You may also contact the Credit Union at 800-234-1234 or 256-837-6110.

Please allow up to *two business days* upon receipt of request for request to become effective.