FILED
2020 May-29  AM 09:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| HEATHER LESLIE, on behalf of herself and all others similarly situated,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>REDSTONE FEDERAL CREDIT UNION,  )<br>)<br>Defendant.  ) | Case No. 5:20-cv-00629-HNJ |

### DEFENDANT REDSTONE FEDERAL CREDIT UNION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. P. 7.1, Defendant Redstone Federal Credit Union states that it is a federally chartered credit union owned by its members. It has no parent corporation, and no publicly held corporation owns a 10 percent or greater interest in it.

Respectfully submitted this 29th day of May, 2020.

/s/ H. Harold Stephens

OF COUNSEL
H. Harold Stephens
BRADLEY ARANT BOULT CUMMINGS LLP
200 Clinton Avenue West, Suite 900
Huntsville, Alabama  35801
Tel.   (256) 517-5100
Fax   (256) 517-5200
hstephens@bradley.com

4846-8263-5709.1

Nicholas Danella
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Tel.   (205) 521-8000
Fax   (205) 521-8800
ndanella@bradley.com

*Counsel for Defendant Redstone Federal Credit Union*

4846-8263-5709.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Hirlye R. "Ryan" Lutz, III<br>Leila H. Watson<br>F. Jerome Tapley<br>CORY WATSON, P.C.<br>2131 Magnolia Ave. S.<br>Birmingham, Alabama 35205<br>Tel. (205) 328-2200<br>rlutz@corywatson.com<br>lwatson@corywatson.com<br>jtapley@corywatson.com | Jeffrey D. Kaliel<br>Sophia G. Gold<br>KALIEL, PLLC<br>1875 Connecticut Ave. NW<br>10th Floor<br>Washington, D.C. 20009<br>Tel. (202) 350-4783<br>Jkaliel@kalielpllc.com<br>sgold@kalielpllc.com |

Arthur Stock
Lisa A. White
Ryan D. McMillan
GREG COLEMAN LAW PC
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929
Tel. (865) 247-0080
arthur@gregcolemanlaw.com
lisa@gregcolemanlaw.com
ryan@gregcolemanlaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

                                                /s/ H. Harold Stephens
                                                Of Counsel

4846-8263-5709.1