# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA, NORTHEASTERN DIVISION

| | |
|---|---|
| BEVERLY MACON and SAVANNAH GARNER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REDSTONE FEDERAL CREDIT UNION,<br><br>Defendant. | Case No. 5:21-cv-01682-LCB<br><br>Assigned to: Liles C. Burke<br><br>CLASS ACTION |
| HEATHER LESLIE, JEANINE DUNN, TAMELA HAMPTON, and JESSIE BEASLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REDSTONE FEDERAL CREDIT UNION,<br><br>Defendant. | Case No. 5:20-cv-00629-LCB<br><br>Assigned to: Liles C. Burke<br><br>CLASS ACTION |

**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FOR ATTORNEYS' FEES AND COSTS**

Named Plaintiffs Tamela Hampton ("Hampton"), Beverly Macon ("Macon), and Savannah Garner ("Garner"), on behalf of themselves and the proposed Settlement Class, by and through their counsel, KalielGold PLLC, respectfully move for an order:

1

- Granting final approval of the Settlement Agreement and Release (the "Agreement") entered into with Defendant Redstone Federal Credit Union ("Redstone" or "Defendant"), finding the terms to be fair, adequate, and reasonable;

- Awarding attorneys' fees to Class Counsel in the amount of $1,325,211 (which represents one-third of the Value of the Settlement), Class Counsel's reasonable costs in the amount of $20,913.54, and the Settlement Administrator's reasonable fees and costs incurred in administering notice and the Settlement which are estimated to be $148,573.89 through the date of completion.

Defendant does not oppose the relief sought in this Motion.

The grounds for this Motion are set forth in the accompanying Memorandum and supporting documents the Gold Declaration, and the Court's file in both Actions.

Dated:  June 30, 2023                     Respectfully submitted,

*/s/ Sophia G. Gold*
Sophia G. Gold
sgold@kalielgold.com
**KALIELGOLD PLLC**
950 Gilman Street, Suite 200
Berkeley, CA 94710
Tel: (202) 350-4783

Jeffrey D. Kaliel
jkaliel@kalielpllc.com
**KALIELGOLD PLLC**
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Tel: (202) 350-4783

*Attorneys for Plaintiffs and
the Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be served electronically using the Court's CM/ECF filing system on June 30, 2023, to counsel for Defendant as follows:

H. Harold Stephens
Scott Burnett Smith
Whitney P. Lott
Bradley Arant Boult Cummings LLP
200 Clinton Avenue West, Suite 900
Huntsville, Alabama 35801
Tel: (256) 517-5100
hstephens@bradley.com
ssmith@bradley.com
wlott@bradley.com

Stuart M. Richter
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, California 90067
Tel: (310) 788-4400
Stuart.richter@katten.com

*/s/ Sophia Goren Gold*
Sophia Goren Gold